No. 4,508.—STATE EX REL. S. C. FORD, ATTORNEY GENERAL, RELATOR, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application directed to the District Court of the First Judicial District in and for the County of Lewis and Clark County, and W. H. Poorman, a Judge thereof.

Decided November 6, 1919.

PER CURIAM.—Relator's application for a writ of supervisory control herein is, after due consideration, denied.

*Mr. Frank Woody,* Assistant Attorney General, for Relator.

---

No. 4,043.—LADD & TILTON BANK, APPELLANT, *v.* B. F. LEPPER, RESPONDENT.

*Appeal from District Court of Fergus County; Roy E. Ayers, Judge.*

Decided November 8, 1919.

PER CURIAM.—Pursuant to stipulation of the parties hereto, the appeal in the above-entitled cause is this day dismissed.

*Mr. Chas. J. Marshall,* for Appellant.

*Mr. E. K. Cheadle,* for Respondent.